**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL JOSEPH LANGE, | NO. 1:07-cv-01811-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| SGT. BEER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

On June 17, 2010, an order was entered, directing Plaintiff to complete and submit to the court forms for service of process.  Plaintiff was cautioned that his failure to comply with the order could result in dismissal of this action.  Plaintiff failed to return the forms to the court. Accordingly, on August 3, 2010, an order to show cause was entered, directing Plaintiff to show cause within thirty days why this action should not be dismissed for Plaintiff's failure to obey a court order.   Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed pursuant to Local Rule 110 for Plaintiff's failure prosecute and to obey a court order.

IT IS SO ORDERED.

**Dated:** __**September 7, 2010**__          _____/s/ **Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE